UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20913-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

Sealed

vs

THIERRY VINCENT ESNAULT,
et al.,,

    Defendants.
_____/

## SEALED ORDER

It appearing to the court that the above named Defendants are fugitives from justice, it is therefore,

**ORDERED AND ADJUDGED** that this case be removed from the Court's Pending Case List and shall place the case on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida this <u>28th</u> day of January, 2013.

                                                   JOAN A. LENARD
                                        UNITED STATES DISTRICT JUDGE

cc:    AUSA