# MINUTE ORDER

Page 7

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 07/24/14     Time: 1:30 p.m.

Defendant: 2) STEPHEN MEADOWS     J#: 05546-104     Case #: 12-20913-CR-LENARD
AUSA: Alex Soto     Attorney:
Violation: CONSP/PWID/COCAINE ON BOARD A VESSEL
Proceeding: Initial Appearance     CJA Appt: Kristi Kassebaum (E-mailed)
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Deft. advised.
Deft. sworn.
Appt. CJA
Govt. req. PTD
risk of flight.

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing: 7/29/14  10 am
Prelim/Arraign or Removal: 7/29/14  10 am
Status Conference RE:
D.A.R. 14:15:26     Time in Court: 3

s/Chris M. McAliley     Magistrate Judge