# COURT MINUTES

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 7/29/2014   Time: 10:00 AM |
|---|---|

Defendant: 2) Steven Meadows            J#: 05546-104      Case #: 12-20913-Cr-Lenard/Goodman

AUSA: Yvonne Rodriguez-Schack            Attorney: Kristi Kassebaum (CJA)

Violation: Consp to PWID Cocaine on Board a Vessel

Proceeding: ARR/PTD            CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: PTD

Bond Set at:                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
**Defendant Arraigned.** Reading of Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. The Parties **STIPULATE to Pretrial Detention**, with the right to revisit (NO HEARING HELD)

**NEXT COURT APPEARANCE**  Date:      Time:      Judge:      Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:27:13                              Time in Court: 2