UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20913-CR-LENARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs

                              **ORDER RESETTING TRIAL DATE**
                              **(read carefully,  Order revised 9/22/14)**

STEPHEN MEADOWS,
ALESSANDRO SCAGLIA,

      Defendants.
_____/

      THIS CAUSE came before the Court on defendants' Motions to Continue, D.E.370 and 371.  After being fully advised in the premises and the government having no objections, it is

      ORDERED and ADJUDGED that the motion is GRANTED.  The Court finds that the ends of justice served by the continuance outweighs any interest of the public or the Defendants in a speedy trial, based on the continuity of counsel and the reasonable time needed for counsel to effectively prepare with all due diligence.

      The trial of this cause will commence during the two-week trial period beginning **January 12, 2015**; calendar call will be held at **4:00 p.m. on  January 7, 2015.**  The deadline for the tendering of any guilty pleas is set for **Monday, January 5, 2015 at 4:00 PM**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

      THE COURT FURTHER FINDS that the period of delay resulting from the granting of

this continuance, to-wit : November 10, 2014 to and including the date trial commences shall be deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

DONE and ORDERED at Miami, Florida this 12th day of November, 2014.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE