## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-20913-CR-LENARD(s)(s)(s)
46 U.S.C. § 70506(b)

UNITED STATES OF AMERICA

vs.

**STEPHEN MEADOWS, and**
**ALESSANDRO SCAGLIA,**
a/k/a "Alejandro,"

Defendants.

_____/



## THIRD SUPERSEDING INFORMATION

The United States Attorney charges that:

## COUNT 1

Beginning at least as early as on or about November 1, 2010, and continuing through on or about July 12, 2012, in the countries of Colombia, and elsewhere, the defendant,

## STEPHEN MEADOWS,

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a); all in violation of Title 46, United States Code, Section 70506(b).

With respect to **STEPHEN MEADOWS**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(2)(B).

## COUNT 2

Beginning at least as early as on or about April 5, 2011, and continuing until on or about July 20, 2011, the defendant,

**ALESSANDRO SCAGLIA,**
**a/k/a "Alejandro,"**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, on board a vessel subject to the jurisdiction of the United States, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a); all in violation of Title 46, United States Code, Section 70506(b).

With respect to **ALESSANDRO SCAGLIA, a/k/a "Alejandro,"** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(2)(B).


WIFREDO A. FERRER
UNITED STATES ATTORNEY


KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.**  12-20913-CR-LENARD(s)(s)(s) |
| vs. | |
| **STEPHEN MEADOWS, and**<br>**ALESSANDRO SCAGLIA,** | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)          Yes _____ No  X
Number of New Defendants
Total number of counts                    2

| X | Miami | _____ Key West | |
| --- | --- | --- | --- |
| ___ | FTL | _____ WPB | ___ FTP |

I do hereby certify that:

1.     I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.     I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.     Interpreter:     (Yes or No)     Yes
       List language and/or dialect     Spanish

4.     This case will take     0     days for the parties to try.

5.     Please check appropriate category and type of offense listed below:

(Check only one)

| | | | |
|---|---|---|---|
| I | 0  to  5 days | X | |
| II | 6  to 10 days | | |
| III | 11 to 20 days | | |
| IV | 21 to 60 days | | |
| V | 61 days and over | | |

(Check only one)

| | |
|---|---|
| Petty | |
| Minor | |
| Misdem. | |
| Felony | X |

6.     Has this case been previously filed in this District Court?  (Yes or No)     Yes
If yes:
Judge:   Lenard                         Case No.     12-20913-CR
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     No
If yes:
Magistrate Case No.
Related Miscellaneous numbers:
Defendant(s) in federal custody as of     Meadows – 7/23/2014/Scaglia – 9/25/2014
Defendant(s) in state custody as of
Rule 20 from the                         District of

Is this a potential death penalty case? (Yes or No)     No

7.     Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?     _____ Yes     X  No

8.     Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     X  No

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501535

*Penalty Sheet(s) attached

REV
4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: STEPHEN MEADOWS**

**Case No:**   12-20913-CR-LENARD(s)(s)(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**      Forty Years Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  ALESSANDRO SCAGLIA, a/k/a "Alejandro"**

**Case No:**   12-20913-CR-LENARD(s)(s)(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**      Forty Years Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.